# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MARYLYNN HARTSEL and DEANNA PARKER, derivatively on behalf of Nominal Defendants, | : : : |
| Plaintiffs, | : : : |
| v. | :   Case No. 1:13-cv-01128-SLR : |
| THE VANGUARD GROUP INC., JOHN J. BRENNAN, CHARLES D. ELLIS, RAJIV L. GUPTA, AMY GUTMANN, JOANN HEFFERNAN HEISEN, ANDRE F. PEROLD, ALFRED M. RANKIN, JR., and J. LAWRENCE WILSON; ACADIAN ASSET MANAGEMENT, LLC, and MARATHON ASSET MANAGEMENT, LLP, | : : : : : : : : |
| Defendants, | : : |
| and | : : |
| VANGUARD INTERNATIONAL EQUITY INDEX FUNDS, d/b/a VANGUARD EUROPEAN STOCK INDEX FUND, and VANGUARD HORIZON FUNDS, d/b/a VANGUARD GLOBAL EQUITY FUND, | : : : : |
| Nominal Defendants. | : |

## DEFENDANTS' JOINT MOTION TO DISMISS

Defendants in the above-captioned action respectfully move pursuant to Federal Rules of Civil Procedure 23.1 and 12(b)(6) to dismiss Plaintiffs' First Amended Verified Derivative Complaint. The specific grounds for this motion are set forth in Defendants' Memorandum Of Law In Support Of Their Motion To Dismiss Plaintiffs' Amended Complaint, submitted herewith.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Penny Shane<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br>Tel:  (212) 558-4000 | /s/  Brian C. Ralston<br>Donald J. Wolfe, Jr. (#285)<br>Brian C. Ralston (#3770)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951 |
| Amanda F. Davidoff<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, NW<br>Suite 700<br>Washington, DC  20006<br>Tel:  (202) 956-7500 | Wilmington, Delaware  19899-0951<br>(302) 984-6000<br>dwolfe@potteranderson.com<br>bralston@potteranderson.com<br>     *Attorneys for John J. Brennan, Charles D. Ellis, Rajiv L. Gupta, Amy Gutmann, Joann Heffernan Heisen, Andre F. Perold, Alfred M. Rankin, Jr., and J. Lawrence Wilson* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/  William M. Lafferty
William M. Lafferty (#2755)
Bradley D. Sorrels (#5233)
1201 North Market Street
Wilmington, Delaware  19801
(302) 658-9200
wlafferty@mnat.com
bsorrels@mnat.com
     *Attorneys for The Vanguard Group, Inc.*

2

MORRIS JAMES LLP

/s/ Peter B. Ladig
Lewis H. Lazarus (#2374)
Peter B. Ladig (#3513)
Katherine J. Neikirk (#4129)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
llazarus@morrisjames.com
pladig@morrisjames.com
kneikirk@morrisjames.com
   *Attorneys for Vanguard International Equity Index Funds d/b/a Vanguard European Stock Index Fund and Vanguard Horizon Funds d/b/a Vanguard Global Equity Fund*

RICHARDS, LAYTON & FINGER, P.A.

OF COUNSEL:

Brandon White
Michael Licker
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1170
   *Attorneys for Acadian Asset Management, LLC*

/s/ Samuel A. Nolen
Samuel A. Nolen (#971)
Susan M. Hannigan (#5342)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
nolen@rlf.com
hannigan@rlf.com
   *Attorneys for Acadian Asset Management, LLC and Marathon Asset Management, LLP*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2014, the foregoing Motion to Dismiss was served via ECF on all counsel of record.

>  */s/  Brian C. Ralston*
> Brian C. Ralston (#3770)
> POTTER ANDERSON & CORROON LLP
> 1313 N. Market Street
> Hercules Plaza – 6th Floor
> P.O. Box 951
> Wilmington, DE  19899-0951
> (302) 984-6000
> bralston@potteranderson.com
> *Attorneys for John J. Brennan, Charles D. Ellis, Rajiv L. Gupta, Amy Gutmann, Joann Heffernan Heisen, Andre F. Perold, Alfred M. Rankin, Jr., and J. Lawrence Wilson*

1155060