# NOTICE OF APPEAL
# TO
# U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

| | |
|---|---|
| MARYLYNN HARTSEL and DEANNA PARKER, derivatively on behalf of Nominal Defendants, | CIRCUIT COURT DOCKET NUMBER: _____ |
| Plaintiffs, | |
| v. | |
| THE VANGUARD GROUP, INC., JOHN L. BRENNAN, CHARLES E. ELLIS, RAJIV L. GUPTA, AMY GUTMANN, JOANN HEFFERNAN HEISEN, ANDRE F. PEROLD, ALFRED M. RANKIN, JR., and J. LAWRENCE WILSON; ACADIAN ASSET MANAGEMENT, LLC, and MARATHON ASSET MANAGEMENT, LLP, | DISTRICT COURT DOCKET NUMBER: C.A. No. 1:13-cv-01128-SLR  DISTRICT COURT JUDGE SUE L. ROBINSON |
| Defendants, | |
| and | |
| VANGUARD INTERNATIONAL EQUITY INDEX FUNDS, d/b/a VANGUARD EUROPEAN STOCK INDEX FUND, and VANGUARD HORIZON FUNDS, d/b/a VANGUARD GLOBAL EQUITY FUND, | |
| Nominal Defendants. | |

Notice is hereby given that plaintiffs Marylynn Hartsel and Deanna Parker, derivatively on behalf Nominal Defendants Vanguard International Equity Index Funds d/b/a Vanguard European Stock Index Fund, and Vanguard Horizon Funds d/b/a Vanguard Global Equity Fund, hereby appeal to the United States Court of Appeals for the Third Circuit from each and every part of the Judgment entered herein on January 26, 2015 [Doc. No. 23] and from each and every judgment, decision, opinion and order upon which it is based.

Dated: February 25, 2015

| | |
|---|---|
| BIFFERATO LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Thomas F. Driscoll III | |
| Ian Connor Bifferato (#3273) | William M. Lafferty (#2755) |
| Thomas F. Driscoll III (#4703) | Bradley D. Sorrels (#5233) |
| 800 N. King Street | 1201 North Market Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 225-7600 | (302) 658-9200 |
| cbifferato@bifferato.com | wlafferty@mnat.com |
| tdriscoll@bifferato.com | bsorrels@mnat.com |
| | |
| OF COUNSEL: | *Attorneys for Appellees The Vanguard Group, Inc.* |
| SIMMONS HANLY CONROY | |
| Thomas I. Sheridan, III, Esq. (*pro hac vice*) | POTTER ANDERSON & CORROON LLP |
| 112 Madison Avenue | |
| New York, NY 10016-7416 | Donald J. Wolfe, Jr. (#285) |
| (212) 784-6404 | Brian C. Ralston (#3770) |
| | Hercules Plaza, 6th Floor |
| Nicomedes S. Herrera, Esq. | 1313 N. Market Street |
| 112 Madison Avenue | P.O. Box 951 |
| New York, New York 10016 | Wilmington, Delaware 19899-0951 |
| | (302) 984-6000 |
| *Attorneys for Appellant* | dwolfe@potteranderson.com |
| | bralston@potteranderson.com |
| | |
| | OF COUNSEL: |
| | Penny Shane |
| | Amanda Flug Davidoff |
| | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| | New York, New York 10004 |
| | (212) 558-4870 |
| | |
| | *Attorneys for Appellees John J. Brennan, Charles D. Ellis, Rajiv L. Gupta, Amy Gutmann, Joann Heffernan Heisen, Andre F. Perold, Alfred M. Rankin, Jr., and J. Lawrence Wilson* |
| | |
| | MORRIS JAMES LLP |
| | |
| | Lewis H. Lazarus (#2374) |

                                                Peter B. Ladig (#3513)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
llazarus@morrisjames.com
pladig@morrisjames.com

*Attorneys for Appellees Vanguard International Equity Index Funds d/b/a Vanguard European Stock Index Fund and Vanguard Horizon Funds*

## **CERTIFICATE OF SERVICE**

     I, Thomas F. Driscoll III, hereby certify that on this 25th day of February, 2015, the foregoing *Notice of Appeal* was served on all counsel of record via CM/ECF.

                                     */s/ Thomas F. Driscoll III*
                                     Thomas F. Driscoll III (No. 4703)